The People of the State of Illinois ex rel. Anthony Zeimis, appellee, v. Frank G. Gospodaric, appellant. Gen. No. 8,672.

Opinion filed September 20, 1933.
Frank J. Jones and Ludwig V. Kuhar, for appellant. Francis J. Loughran and Edward R. Nadelhoffer, for appellee.
Mr. Presiding Justice Wolfe delivered the opinion of the court.

Sall Brothers Company, defendant in error, v. Jacob Rubin et al., plaintiffs in error. Gen. No. 8,644.

Opinion filed September 20, 1933.
Welsh & Welsh, for plaintiff in error Jacob Pekarsky. Hall & Dusher, for defendant in error.
Mr. Justice Dove delivered the opinion of the court.

Stella Dombrowsky, appellee, v. Prudential Insurance Company of America, appellant. Gen. No. 8,658.

Opinion filed September 20, 1933.
Hoyne, O'Connor & Rubinkam and Edwards & Block, for appellant. Cassels, Potter & Bentley and Diver & Populorum, for appellee; Ralph F. Potter and Robert B. Johnstone, of counsel.
Mr. Justice Dove delivered the opinion of the court.

Beaver Drainage District No. Three of Iroquois County, Illinois, appellee, v. Big Beaver Drainage and Levee District of Iroquois County, Illinois, appellant. Gen. No. 8,667.

Opinion filed September 20, 1933.
R. F. Goodyear, for appellant. E. A. Marcotte and John H. Beckers, for appellee.
Mr. Justice Dove delivered the opinion of the court.